IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**United States of America**,            Case No 3:16-po-238

        Plaintiff,

-vs-                                       Chief Magistrate Judge Ovington

**Nicholas Grothouse**,

        Defendant.

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Failure to Promptly Inform Law Enforcement, in violation of the Ohio Revised Code, Section 2923.12(B)(1) made in Count 1 of the Information is hereby AMENDED to charge Disorderly Conduct While in the Presence of Law Enforcement, a misdemeanor of the 4th Degree, in violation of the Ohio Revised Code, Section 2917.11(A)(5).

IT IS SO ORDERED.

Date: 11/2/16

_Sharon L. Ovington_
Chief United States Magistrate Judge

_[signature]_
Assistant United States Attorney